# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN JOAO RAMIREZ (1),<br>SARAH MOZELLE SADLEIR (2),<br><br>Defendants. | CASE NO.: 20CR2293-CAB<br><br>**ORDER GRANTING JOINT MOTION TO (1) CONTINUE MOTIONS HEARING AND (2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

Upon joint motion filed and good cause shown, **IT IS HEREBY ORDERED** that the parties' joint motion to continue the motion hearing/trial-setting in the above-identified matter is granted. The motion hearing/trial setting currently scheduled for June 4, 2021, 2021, at 10:30 a.m., is continued to July 9, 2021, at 10:30 a.m. The Court excludes time under the Speedy Trial Act, 18 U.S.C. § 3161 from June 4, 2021 through July 9, 2021.

**IT IS FURTHER ORDERED** defendant Sarah Mozelle Sadleir shall file an acknowledgment confirming the new court date no later than Friday, June 4, 2021.

**IT IS SO ORDERED.**

Date: 6/2/2021

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE